IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HELEODORO LUVIANO-CABRERA,<br><br>    Defendant. | **8:25CR90**<br><br>**ORDER** |

   This matter is before the Court on Defendant's Motion to Extend Time to File Pretrial Motions. (Filing No. 36).  The motion is unopposed by the government but fails to set forth a request for a hearing as previously ordered.  (See Filing No. 35).  Nonetheless, Defendant sets forth a showing of extraordinary circumstances given the need for transcription of interviews provided in discovery and consultation with counsel.  Accordingly,

   IT IS ORDERED:

   1) Defendant's Motion to Extend Time to File Pretrial Motions, (Filing No. 36), is granted.

   2) Pretrial motions shall be filed by August 21, 2025.

   3) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between July 21, 2025, and August 21, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).  Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

   4) Any further motions for extension of time to file pretrial motions must include a request for a hearing and a showing of extraordinary circumstances.

Dated this 22nd day of July, 2025.

                     BY THE COURT:

                      s/Michael D. Nelson
                      United States Magistrate Judge