IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:25CR90** |
| vs. | |
| HELEODORO LUVIANO-CABRERA, | **ORDER** |
| Defendant. | |

### WEBEX CASE CONFERENCE INSTRUCTIONS

**IT IS ORDERED:**

1. The telephone conference with counsel regarding the Motion to Continue Jury Trial, (Filing No. 81), will be held on **February 24, 2026**, **at 10:30 a.m.,** before the undersigned magistrate judge.

2. Defense counsel, and counsel for the government shall attend, and shall use the following WebEx instructions:

   Dial 1-855-244-8681

   Enter the access code **2307 793 3855**, then hit the # key.

Dated this 17th day of February, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge