IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HELEODORO LUVIANO-CABRERA,
Defendant.

8:25-CR-90

ORDER FOR DISMISSAL

This matter is before the Court on the Government's Motion to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a). Filing 85. The Government requests leave to dismiss, without prejudice, Count II of the Indictment against defendant Heleodoro Luviano-Cabrera. Filing 1 at 1–2. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED that the Government's Motion to Dismiss, Filing 85, is granted, and Count II of the Indictment, against defendant Heleodoro Luviano-Cabrera is dismissed without prejudice.

Dated this 2nd day of March, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge